JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| WILLIAM C. McCAUGHEY, et al.<br><br>Plaintiffs,<br><br>v.<br><br>OHIO SECURITY INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No. EDCV 19-1484 JGB (SHKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrently herewith, the Court GRANTS Defendant's motion for summary judgment. Plaintiffs' claims are DISMISSED WITH PREJUDICE. The Clerk is directed to close the case.

Judgement is entered in favor of Defendants.

Dated: April 2, 2021

THE HONORABLE JESUS G. BERNAL
United States District Judge